IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL GORDON,              ) | |
|     Plaintiff,                        ) | |
|                                                  ) | |
| v.                                              ) | |
|                                                  ) CIVIL ACTION NO. 14-211-KD-B | |
| BRANDON CULPEPPER, in his individual ) | |
| capacity, and CITY OF SELMA,   ) | |
| ALABAMA, a municipal corporation, ) | |
|     Defendants.                   ) | |

## JUDGMENT

In accordance with the Order issued on this date regarding Defendants' Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants Brandon Culpepper and the City of Selma and against Plaintiff Michael Gordon.

    **DONE** and **ORDERED** this the **7**[th] day of **April 2015.**

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**